## Commonwealth *v.* O'Hara, Appellant.

Before ACKER, J.

Argued November 20, 1975. *Stephen J. Mirizio*, for appellant; *Robert F. Banks*, First Assistant District Attorney, with him *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Porembka, Appellant.

Before KLEIN, J., without a jury.

Argued November 17, 1975. *Richard L. Neff*, with him *Reed, Sohn, Reed & Kunselman*, for appellant; *Joseph M. Stanichak*, Assistant District Attorney, and *Joseph S. Walko*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence and order affirmed.